## BEFORE THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **IM, individually and represented by her mother** | ) | |
| **and *guardian ad litem* Allison Ibert** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 4:21-cv-02066** |
| **v.** | ) | |
| | ) | **ORDER OF DISMISSAL** |
| **Plum, PBC; Hain Celestial Group, Inc.;** | ) | **WITHOUT PREJUDICE** |
| **Gerber Products Company; Nurture, Inc.;** | ) | **PURSUANT TO NOTICE** |
| **Beech-Nut Nutrition Company; Sprout Foods** | ) | |
| **Inc.; and Walmart, Inc.** | ) | |
| | ) | |
| **Defendants.** | ) | |

_____

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE CLERK OF THE COURT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

hereby voluntarily dismisses all defendants from the above-captioned action, without prejudice,

each party to bear its own attorneys' fees and costs.

Dated:  July 6, 2021                                     Respectfully submitted,

                                                        /s/ Pedram Esfandiary
                                                        Pedram Esfandiary, Esq. (SBN: 312569)
                                                        pesfandiary@baumhedlundlaw.com
                                                        BAUM, HEDLUND, ARISTEI, &
                                                        GOLDMAN, P.C.
                                                        10940 Wilshire Boulevard, Suite 1600
                                                        Los Angeles, CA 90024
                                                        Telephone: (310) 207-3233
                                                        Facsimile: (310) 820-7444

                                                        Jennifer A. Moore (CA Bar No. 206779)
                                                        1473 South 4th Street
                                                        Louisville, KY 40208
                                                        jennifer@moorelawgroup.com
                                                        T: (502) 717-4080
                                                        F: (502) 717-4086

Christopher L. Coffin
(LA Bar No. 27902, GA Bar No. 173079)
Jessica A. Perez Reynolds
(LA Bar No. 34024)
**Pendley, Baudin & Coffin, L.L.P.**
1100 Poydras Street, Suite 2225
New Orleans, LA 70163
Tel: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com
jreynolds@pbclawfirm.com

*Counsel for Plaintiff*

## ORDER

Pursuant to the Notice of Voluntary Dismissal Without Prejudice, **IT IS SO ORDERED**.

Date:   July 20, 2021

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE